# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LEE HORNE, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:24-CV-91 (WLS-ALS) |
| LELAND DUDEK, | : | |
| Acting Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

Before the Court is Defendant's, the Acting Commissioner of Social Security ("Commissioner"), Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant ("the Motion") (Doc. 12), filed on February 28, 2025. Therein, the Commissioner requests that the Court remand the above-captioned action to "offer the claimant an opportunity for a hearing, further evaluate opinion evidence, obtain supplemental evidence from a vocational expert, and issue a new decision . . . ." (Doc. 12-1 at 1).

Under sentence four of 42 U.S.C § 405(g) the district court hearing an appeal of a Social Security decision has the power to enter "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." Having considered the Commissioner's Motion, as well as Plaintiff's consent, the Motion (Doc. 12) is **GRANTED**. The case is, therefore, **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Court **ORDERS** the Commissioner to offer Plaintiff an opportunity for a hearing, further evaluate opinion evidence, obtain supplemental evidence from a vocational expert, and issue a new decision. Accordingly, the Clerk is **DIRECTED** to enter judgment in the above-captioned matter consistent with this Order.

**SO ORDERED**, this 4th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**