IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER LEE HORNE, | * |
| Plaintiff, | * |
| v. | Case No.  7:24-cv-91 (WLS-ALS) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the Order of this Court filed May 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,420.00 and $405 in costs.

This 30th day of May, 2025.

David W. Bunt, Clerk

s/  Katie Logsdon, Deputy Clerk